UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:18-CV-347-CAB-MDD<br><br>**ORDER LIFTING STAY** |

Upon consideration of the parties' joint statement and recommendations for further proceedings in light of the United States Patent and Trademark Office's grant of Defendant's petitions for inter partes review ("IPR") of U.S. Patent Nos. 8,361,156 (the "'156 Patent") and 8,187,334 (the "'334 Patent"), it is hereby **ORDERED** as follows:

1. The case remains **STAYED** as to the claims concerning the '156 Patent and the '334 Patent;
2. The stay entered on February 6, 2019 [Doc. No. 156] is **VACATED** as to claims concerning the seven other patents at issue in this case (collectively, the "access patents");
3. Trial on all claims concerning the access patents is set for **April 27, 2020** at **8:45 a.m.**; and,

4. On or before **August 20, 2019**, the parties shall file a joint proposed schedule for all other case management dates for the access patent claims sufficient to meet the trial date set forth above.

It is **SO ORDERED**.

Dated: August 6, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge