# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Nuvasive, Inc. v. Alphatec Holdings, Inc.**  Case Number: **18cv347-CAB-MDD**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

It is hereby **ORDERED** that an on-the-record telephonic conference is set for **December 5, 2019** at **2:30 p.m.** to discuss the parties' infringement and invalidity contentions. The parties shall arrange their telephonic appearances through CourtCall as explained in the Court's Chambers Rules. It is **SO ORDERED**.

Date: December 2, 2019                                        Initials: AJM