# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Nuvasive, Inc. v. Alphatec Holdings, Inc.**   Case Number: **18cv347-CAB-MDD**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

The telephonic status conference previously scheduled for July 23, 2020 at 10:00 a.m. is hereby **CONTINUED** to **July 30, 2020 at 10:00 a.m.** The dial-in number is (888) 398-2342, and the access code is 1749358. It is **SO ORDERED**.

Date: July 22, 2020                                                                                      Initials: ZZ