# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Nuvasive, Inc. v. Alphatec Holdings, Inc.**    Case Number: **18cv347-CAB-MDD**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

The Court held a telephonic status conference on July 30, 2020. As stated during the conference, the stay related to the '156 and '334 patents is lifted, and the parties shall file a joint discovery plan by **August 21, 2020**. It is **SO ORDERED**.

Date: July 30, 2020                                                                                   Initials: AJM