**WILSON SONSINI GOODRICH & ROSATI P.C.**
PAUL D. TRIPODI II (SBN 162380)
ptripodi@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071
Telephone: 323-210-2900
Fax: 866-974-7329

**HILGERS GRABEN PLLC**
MICHAEL T. HILGERS (*Pro Hac Vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
Telephone: 402-218-2106
Fax: 402-413-1880

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>  Defendants. | Case No. 18-cv-00347-CAB-MDD<br><br>**NOTICE OF APPEARANCE OF RHYEA MALIK**<br><br>Trial Date: June 7, 2021<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THIS COURT:**

Please take notice that the following attorney shall now appear on behalf of Plaintiff NuVasive, Inc. ("NuVasive") in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers in this action on behalf of NuVasive:

RHYEA MALIK, Esq.

California State Bar No. 324795

rmalik@wsgr.com

**Wilson Sonsini Goodrich & Rosati P.C.**

12235 El Camino Real

San Diego, CA 92130-3002

Telephone:  (858) 350-2300

Facsimile:  (858) 350-2399

Dated: October 2, 2020        **WILSON SONSINI GOODRICH & ROSATI**

By: */s/ Rhyea Malik*
Rhyea Malik
State Bar No. 324795
rmalik@wsgr.com

*Attorney for Plaintiff NuVasive, Inc.*

NOTICE OF APPEARANCE OF RHYEA MALIK                1                18-cv-00347-CAB-MDD

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct. Executed this 2nd day of October 2020, at San Diego, California.

                                      */s/ Lillian Almanza*
                                      Lillian Almanza