NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com
DAVID P. DALKE (SBN: 218161)
ddalke@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

GEORGE C. LOMBARDI (*pro hac vice*)
glombardi@winston.com
BRIAN J. NISBET (*pro hac vice*)
bnisbet@winston.com
SARANYA RAGHAVAN (*pro hac vice*)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

CORINNE STONE HOCKMAN (*pro hac vice*)
chockman@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

Attorneys for Defendants
ALPHATEC HOLDINGS, INC. AND
ALPHATEC SPINE, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | **Case No. 3:18-CV-00347-CAB-MDD**<br><br>[*Assigned to Courtroom 4C – Honorable Cathy Ann Bencivengo*]<br><br>**DEFENDANTS' NOTICE OF APPEARANCE OF WILLIAM M. WARDLAW**<br><br>Complaint Filed: Feb. 13, 2018<br>Amended Complaint Filed: Sept. 13, 2018<br><br>Jury Trial Demanded |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William M. Wardlaw of the law firm of Winston & Strawn LLP, duly admitted to this Court, hereby appears as counsel of record for Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. in the above-captioned action:

WILLIAM M. WARDLAW, Esq.
California State Bar No. 328555
wwardlaw@winston.com
**WINSTON & STRAWN LLP**
333 S. GRAND AVENUE
LOS ANGELES, CA 90071-1543
TELEPHONE: (213) 615-1815
FACSIMILE: (213) 615-1750

Dated:  December 11, 2020          **WINSTON & STRAWN LLP**

By:  /s/ *William Wardlaw*
William Wardlaw
State Bar No. 328555
wwardlaw@winston.com

Attorney for Defendants
ALPHATEC HOLDINGS, INC. AND
ALPHATEC SPINE, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice to all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on December 11, 2020 at Los Angeles, California.

By: */s/ William Wardlaw*
William Wardlaw