**WILSON SONSINI GOODRICH & ROSATI P.C.**
PAUL D. TRIPODI II (SBN 162380)
ptripodi@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: 323-210-2900
Fax: 866-974-7329

**Hilgers Graben PLLC**
MICHAEL T. HILGERS (*Pro Hac Vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
Telephone: 402-218-2106
Fax: 402-413-1880

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | Case No. 18-cv-00347-CAB-MDD<br><br>**NUVASIVE, INC.'S NOTICE OF MOTION TO EXCLUDE UNTIMELY, UNSUPPORTED, AND IMPROPER EXPERT OPINIONS**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff NuVasive, Inc. ("Plaintiff") will and hereby does move that this Court grant Plaintiff's Motion to Exclude Untimely, Unsupported, and Improper Expert Opinions.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Christiana Garrett, the pleadings and exhibits on file herein, the arguments of counsel and any information presented at the hearing, and such other matters as the Court may consider in connection with this Motion.

Dated: January 26, 2021

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

By: _____
Paul D. Tripodi II (SBN162380)
Wendy L. Devine (SBN 246337)
Natalie J. Morgan (SBN 211143)

**HILGERS GRABEN PLLC**
Michael T. Hilgers, *pro hac vice*

*Attorneys for Plaintiff NuVasive, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 26th day of January 2021 at Los Angeles, California.

By: /s/ Soo Kim
SOO KIM