1  NIMALKA R. WICKRAMASEKERA (SBN: 268518)
   nwickramasekera@winston.com
2  DAVID P. DALKE (SBN: 218161)
   ddalke@winston.com
3  WINSTON & STRAWN LLP
   333 S. Grand Avenue
4  Los Angeles, CA 90071-1543
   Telephone: (213) 615-1700
5  Facsimile:  (213) 615-1750

6  GEORGE C. LOMBARDI (*pro hac vice*)
   glombardi@winston.com
7  BRIAN J. NISBET (*pro hac vice*)
   bnisbet@winston.com
8  SARANYA RAGHAVAN (*pro hac vice*)
   sraghavan@winston.com
9  WINSTON & STRAWN LLP
   35 West Wacker Drive
10 Chicago, IL 60601-9703
   Telephone: (312) 558-5600
11 Facsimile: (312) 558-5700

12 CORINNE STONE HOCKMAN (*pro hac vice*)
   chockman@winston.com
13 WINSTON & STRAWN LLP
   800 Capitol Street, Suite 2400
14 Houston, TX 77002-2529
   Telephone: (713) 651-2600
15 Facsimile: (713) 651-2700

16 Attorneys for Defendants
   ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC.
17

18                **UNITED STATES DISTRICT COURT**

19         **SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION**

| | |
|---|---|
| 20  NUVASIVE, INC., a Delaware corporation, | **Case No. 18-CV-00347-CAB-MDD** |
| 21 | |
| 22         Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| 23      v. | |
| 24  ALPHATEC HOLDINGS, INC., a Delaware corporation and ALPHATEC SPINE, INC., a California corporation, | **Judge:** Hon. Cathy Ann Bencivengo<br>**Courtroom:** 4C |
| 25 | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| 26         Defendants. | |

27

28

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 2, 2021 in the United States District Court for the Southern District of California, located at 333 West Broadway, Courtroom 15A, San Diego, CA 92101, defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. will and hereby do move the Court for an order granting them summary judgment under Federal Rule of Civil Procedure 56.

Defendants bring this motion for summary judgment on the grounds that claims 1, 5, 10, 18, and 24 of U.S. Patent No. 8,361,156 and claims 16 and 18 of U.S. Patent No. 8,187,334 are invalid as indefinite.

Defendants' motion is based upon this notice, the memorandum of points and authorities filed concurrently herewith, the accompanying declaration of Brian J. Nisbet (and all exhibits attached thereto), all pleadings, papers, and records on file in this action, all matters subject to judicial notice, and such oral argument as may be presented at a hearing on this matter.

Dated: January 26, 2021        WINSTON & STRAWN LLP

By: */s/ Nimalka R. Wickramasekera*
    NIMALKA R. WICKRAMASEKERA

Attorneys for Defendants
ALPHATEC HOLDINGS, INC. AND
ALPHATEC SPINE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice to all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 26th day of January 2021 at Los Angeles, California.

Dated: January 26, 2021　　　　　　　WINSTON& STRAWN LLP

　　　　　　　　　　　　　　　　　　By: /s/ *Nimalka R. Wickramasekera*
　　　　　　　　　　　　　　　　　　　　　NIMALKA R. WICKRAMASEKERA