**WILSON SONSINI GOODRICH & ROSATI P.C.**
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126
Telephone: 415-947-2000
Fax: 415-947-2099

**Hilgers Graben PLLC**
MICHAEL T. HILGERS (*Pro Hac Vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
Telephone: 402-218-2106
Fax: 402-413-1880

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**NOTICE OF WITHDRAWAL OF LEAD COUNSEL PAUL D. TRIPODI II, AND DESIGNATION OF WENDY L. DEVINE AS LEAD COUNSEL**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that attorney, **Paul D. Tripodi II,** of Wilson Sonsini Goodrich & Rosati, P.C. and lead counsel for Plaintiff NuVasive, Inc. ("NuVasive") hereby withdraws from the above-captioned action. Beginning on Tuesday, March 16, 2021, Mr. Tripodi will join Akin Gump Strauss Hauer & Feld LLP, 4 Park Plaza, Suite 1900, Irvine, CA 92614-2585 and, following this withdrawal, he will no longer be associated with this matter.

All other attorneys involved in the case from Wilson Sonsini Goodrich & Rosati and Hilgers Graben PLLC will continue to remain counsel of record for NuVasive, and all correspondence, notices, and papers in this action should continue to be served on counsel for NuVasive.

| | | |
|---|---|---|
| 1 | Dated: March 15, 2021 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| 2 | | By: _____ |
| 3 | | Paul D. Tripodi II (SBN 162380) |
| 4 | | |
| 5 | | WENDY L. DEVINE (SBN 246337)<br>wdevine@wsgr.com |
| 6 | | NATALIE J. MORGAN (SBN 211143)<br>nmorgan@wsgr.com |
| 7 | | One Market Plaza<br>Spear Tower, Suite 3300 |
| 8 | | San Francisco, California 94105-1126<br>Telephone: 415-947-2000<br>Fax: 415-947-2099 |
| 9 | | |
| 10 | | **Hilgers Graben PLLC** |
| 11 | | MICHAEL T. HILGERS (*Pro Hac Vice*)<br>mhilgers@hilgersgraben.com |
| 12 | | 575 Fallbrook Blvd, Suite 202<br>Lincoln, NE 68521 |
| 13 | | Telephone: 402-218-2106<br>Fax: 402-413-1880 |
| 14 | | *Attorneys for Plaintiff NuVasive, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 15th day of March 2021 at San Diego, California.

By: */s/ Arlene Apodaca*
ARLENE APODACA