# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **Nuvasive, Inc. v. Alphatec Holdings, Inc.** | Case Number: | **18cv347-CAB-MDD** |

Hon. Cathy Ann Bencivengo      Ct. Deputy Lori Hernandez      Rptr Tape:  n/a

It is hereby **ORDERED** that a telephonic status conference will be held on **April 8, 2021**, at **2:00 p.m.** The dial-in number is (888) 398-2342, and the access code is 1749358. It is **SO ORDERED**.

Date:  April 5, 2021                                                                                   Initials:  AJM