UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>　　　　Defendants. | Case No. 18-cv-00347-CAB-MDD<br><br>**ORDER GRANTING NUVASIVE, INC.'S REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT IN THE COURTROOM** |

1 | The Court orders that the following equipment may be brought to the court and operated by counsel for Plaintiff NuVasive, Inc. ("NuVasive") on **November 12, 2021** for the Pretrial Conference and Motion in Limine Hearing set at 2:00 P.M.:

- 6 laptop computers; and
- Cables, wireless presentation remotes, electronic pointers, keyboards, mice, power cords, and power strips.

To the extent additional electronic equipment related to, but not otherwise listed above, are needed to facilitate the hearing, such additional equipment are also permitted.

It is **SO ORDERED**.

Dated: November 2, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge