# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | Case No. 18-cv-00347-CAB-MDD<br><br>**ORDER GRANTING ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC.'S REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT AND TO BRING SURGICAL TOOLS INTO COURTROOM** |

The Court orders that the following equipment and tools will be brought to the Court and operated by counsel for Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. (collectively, "Alphatec") on **November 12, 2021** for the Pretrial Conference and Motion in Limine Hearing set at 2:00 P.M.:

- 6 laptop computers;
- Cables, wireless presentation remotes, electronic pointer, keyboards, mice, power cords, and power strips;

To the extent additional electronic equipment or surgical tools related to, but not otherwise listed above, are needed to facilitate the hearing, such additional equipment or tools are also permitted.

It is **SO ORDERED**.

Dated: November 3, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge

ORDER GRANTING REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT & BRING SURGICAL TOOLS        1        18-cv-00347-CAB-MDD