NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com
DAVID P. DALKE (SBN: 218161)
ddalke@winston.com
LEV TSUKERMAN (SBN: 319184)
ltsukerman@winston.com
WILLIAM M. WARDLAW (SBN: 328555)
wwardlaw@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

GEORGE C. LOMBARDI (*pro hac vice*)
glombardi@winston.com
BRIAN J. NISBET (*pro hac vice*)
bnisbet@winston.com
SARANYA RAGHAVAN (*pro hac vice*)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendants
ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION**

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | **Case No. 18-CV-00347-CAB-MDD**<br><br>**DEFENDANTS' AMENDED FINAL DISCLOSURE OF INVALIDITY REFERENCES/COMBINATIONS TO BE ASSERTED AT TRIAL**<br><br><br>**Judge:** Hon. Cathy Ann Bencivengo<br>**Courtroom:** 15A<br>**Trial Date**: December 8, 2021 |

In accordance with the Court's Order Setting Pretrial and Trial Dates (Doc. No. 335) issued on September 7, 2021, Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. (collectively, "Alphatec") filed its final disclosure of invalidity combinations and references to be asserted at trial against Plaintiff NuVasive, Inc. ("NuVasive") on October 8, 2021. As discussed in Alphatec's opposition to NuVasive's Motion in *limine* number 7, filed concurrently herewith, in order to streamline the issues in this case, Alphatec hereby amends its final disclosure of invalidity combinations and references to withdraw reliance on International Publication No. WO 03/005887 ("Blewett") as prior art to U.S. Patent No. 8,439,832. No other changes have been made.

| Patent No. | Claim | Obviousness Combinations[1] |
|---|---|---|
| U.S. Patent No. 7,819,801 | 1 | • U.S. Patent No. 6,945,933 ("Branch") in view of U.S. Patent No. 6,174,311 ("Branch '311")<br>• Branch in view of Branch '311 further in view of W.A. Friedman and S.L. Kanter, *The lateral percutaneous approach to discectomy*, Int'l Radiology in Bone and Joint 149 (1988) ("Friedman")<br>• Branch in view of [Branch '311 and U.S. Patent No. 5,928,139 ("Koros '139")] further in view of [European Patent No. 0951868 ("Büttner-Janz") and U.S. Patent No. 5,681,265 ("Maeda")] further in view of Friedman |
| U.S. Patent No. 7,819,801 | 2 | • The combinations disclosed for claim 1 |

---

[1] Alphatec reserves the right to rely on fewer references to the extent NuVasive does not dispute that certain limitations are disclosed in the references identified herein.

| | | |
|---|---|---|
| U.S. Patent No. 7,819,801 | 15 | • Branch in view of Branch '311 further in view of Friedman<br>• Branch in view of [Branch '311 and Koros '139] further in view of [Büttner-Janz and Maeda] further in view of Friedman further in view of [International Patent Publication No. WO 01/37728 ("Kelleher") and International Patent Publication No. WO 03/005887 ("Blewett")] |
| U.S. Patent No. 7,819,801 | 16 | • The combinations disclosed for claim 15 |
| U.S. Patent No. 7,819,801 | 26 | • Branch in view of Branch '311 further in view of U.S. Patent No. 6,575,899 ("Foley '899")<br>• Branch in view of Branch '311 further in view of Foley '899 further in view of Friedman<br>• Branch in view of [Branch '311 and Koros '139 and Foley '899] further in view of [Büttner-Janz and Maeda] further in view of Friedman |

| Patent No. | Claim | Obviousness Combinations[2] |
|---|---|---|
| U.S. Patent No. 8,439,832 | 1 | • Branch in view of Kelleher<br>• Branch in view of [Friedman and Kelleher]<br>• Branch in view of [Friedman and Kelleher] further in view of [Büttner-Janz and Maeda] |
| U.S. Patent No. 8,439,832 | 3 | • The combinations disclosed for claim 1 |
| U.S. Patent No. 8,439,832 | 9 | • The combinations disclosed for claim 1<br>• The combinations disclosed for claim 1, further in view of Koros '139 |
| U.S. Patent No. 8,439,832 | 10 | • The combinations disclosed for claim 1, further in view of Koros '139<br>• The combinations disclosed for claim 1, further in view of Branch '311 |

---

[2] Alphatec reserves the right to rely on fewer references to the extent NuVasive does not dispute that certain limitations are disclosed in the references identified herein.

| Patent No. | Claim | Obviousness Combinations[3] |
|---|---|---|
| U.S. Patent No. 9,974,531 | 1 | • Branch<br>• Branch in view of [Büttner-Janz and Maeda] and Friedman<br>• Branch in view of U.S. Patent No. 6,074,343 ("Nathanson")<br>• Branch in view of Nathanson further in view of [Büttner-Janz and Maeda] and Friedman |
| U.S. Patent No. 9,974,531 | 39 | • The combinations disclosed for claim 1 |

In addition, Alphatec reserves the right to present testimony about the state of the art at the relevant time.

In making this disclosure, Alphatec reserves all rights it may have to assert unelected combinations and references in this action if permitted by the Court, or in another action against NuVasive or any other party.

Dated: November 5, 2021              WINSTON & STRAWN LLP

By: /s/ Nimalka R. Wickramasekera
NIMALKA R. WICKRAMASEKERA

Attorneys for Defendants
ALPHATEC HOLDINGS, INC. AND
ALPHATEC SPINE, INC.

---

[3] Alphatec reserves the right to rely on fewer references to the extent NuVasive does not dispute that certain limitations are disclosed in the references identified herein.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice to all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day. I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct. Executed this 5th day of November 2021 at Los Angeles, California.

Dated: November 5, 2021                    WINSTON & STRAWN LLP

By:  */s/ Nimalka R. Wickramasekera*
     NIMALKA R. WICKRAMASEKERA