# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  *Nuvasive, Inc. v. Alphatec Holdings, Inc.*          Case Number:  **18cv347-CAB-MDD**

Hon. Cathy Ann  Bencivengo          Ct. Deputy Lori Hernandez          Rptr Tape:  n/a

It is hereby **ORDERED** that Defendants' ex parte application to appear telephonically at the November 12, 2021, pretrial conference [Doc. No. 346] is **GRANTED**.  Mr. Lombardi and any other attorneys or parties who will not have a speaking role at the conference may appear by telephone using an AT&T Teleconference connection at (888) 398-2342, access code: 1749358.  Anyone appearing by telephone shall connect to the line at least five minutes prior to the start of the hearing.  It is **SO ORDERED**.

 Date:  November 8, 2021                                                                 Initials:  AJM