**WILSON SONSINI GOODRICH & ROSATI P.C.**
MORRIS FODEMAN (*pro hac vice*)
mfodeman@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300

**HILGERS GRABEN PLLC**
MICHAEL T. HILGERS (*pro hac vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
(402) 218-2106

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**NOTICE OF LODGMENT OF PARTIES' PROPOSED JOINT JURY NOTEBOOK**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin<br>Courtroom: 15A<br><br>TRIAL: January 10, 2022 |

NOTICE OF LODGMENT OF PARTIES'      18-cv-00347-CAB-MDD
PROPOSED JOINT JURY NOTEBOOK

**ADDITIONAL COUNSEL INFORMATION:**

NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com
DAVID P. DALKE (SBN: 218161)
ddalke@winston.com
LEV TSUKERMAN (SBN: 319184)
ltsukerman@winston.com
WILLIAM M. WARDLAW (SBN: 328555)
wwardlaw@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

GEORGE C. LOMBARDI *(pro hac vice)*
glombardi@winston.com
BRIAN J. NISBET *(pro hac vice)*
bnisbet@winston.com
SARANYA RAGHAVAN *(pro hac vice)*
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

ROBERT N. KANG (SBN: 274389)
rkang@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 491-1400

Attorneys for Defendants ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC.

NOTICE OF LODGMENT OF PARTIES' PROPOSED JOINT JURY NOTEBOOK     18-cv-00347-CAB-MDD

Pursuant to the Court's Order Resetting Pretrial and Trial Dates [Doc. No. 354], Plaintiff NuVasive, Inc. ("NuVasive") and Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. ("Alphatec") (collectively, the "Parties") hereby lodges the Parties' Proposed Joint Jury Notebook described in Paragraph 67 of the Final Pretrial Order [Doc. No. 355].

| | | |
|---|---|---|
| 1 | Dated: December 20, 2021 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| 2 | | By: /s/ *Christina Dashe* |
| 3 | | Christina Dashe |
| 4 | | Morris Fodeman (*pro hac vice*) |
| 5 | | mfodeman@wsgr.com |
| | | 1301 Avenue of the Americas, 40th Floor |
| 6 | | New York, NY 10019-6022 |
| 7 | | (212) 999-5800 |
| 8 | | Wendy L. Devine (SBN 246337) |
| 9 | | wdevine@wsgr.com |
| | | One Market Plaza |
| 10 | | Spear Tower, Suite 3300 |
| 11 | | San Francisco, California 94105-1126 |
| | | (415) 947-2000 |
| 12 | | |
| 13 | | Natalie J. Morgan (SBN 211143) |
| | | nmorgan@wsgr.com |
| 14 | | Christina Dashe (SBN 292360) |
| 15 | | cdashe@wsgr.com |
| | | 12235 El Camino Real |
| 16 | | San Diego, CA 92130 |
| 17 | | (858) 350-2300 |
| 18 | | HILGERS GRABEN PLLC |
| 19 | | Michael T. Hilgers (*pro hac vice*) |
| | | mhilgers@hilgersgraben.com |
| 20 | | 575 Fallbrook Blvd., Suite 202 |
| 21 | | Lincoln, NE 68521 |
| | | (402) 218-2106 |
| 22 | | |
| 23 | | *Attorneys for Plaintiff NuVasive, Inc.* |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 20th day of December 2021 at Los Angeles, California.

By: _/s/ Soo Kim_
SOO KIM