# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Nuvasive, Inc. v. Alphatec Holdings, Inc.*     Case Number: **18cv347-CAB-MDD**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: n/a

It is hereby **ORDERED** that a telephonic conference concerning trial status is set for **December 30, 2021** at **10:30 a.m.**  Counsel for the parties shall participate in the conference using an AT&T Teleconference connection at (888) 398-2342, access code: 1749358.  It is **SO ORDERED**.

Date:  December 29, 2021                                                                                  Initials:  AJM