# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | *Nuvasive, Inc. v. Alphatec Holdings, Inc.* | Case Number: | **18cv347-CAB-MDD** |

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: n/a

It is hereby **ORDERED** that the current trial schedule [Doc. No. 354] is **VACATED** due to the current status of the COVID-19 pandemic. The conference set for January 4, 2022 [Doc. No. 366] is also **VACATED**. The parties shall provide the Court with a joint proposal for new trial dates and related deadlines by **January 7, 2022**. It is **SO ORDERED**.

Date: January 3, 2022                                          Initials: AJM