# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Name:</u>  *Nuvasive, Inc. v. Alphatec Holdings, Inc.*   <u>Case Number:</u>  **18cv347-CAB-MDD**

<u>Hon. Cathy Ann Bencivengo</u>   <u>Ct. Deputy Lori Hernandez</u>   <u>Rptr Tape:</u>  n/a

A telephonic status conference regarding the Court's current COVID-19 procedures, jury selection protocol, and preliminary jury instructions is **HEREBY SET** for **February 10, 2022** at **11:00 a.m.** Counsel for the parties shall participate in the conference using an AT&T Teleconference connection at (888) 398-2342, access code: 1749358.

It is **SO ORDERED**.

Date:  February 9, 2022                                                                                      Initials:  HHR