1  **HILGERS GRABEN PLLC**
2  MICHAEL MERRIMAN (SBN 234663)
   mmerriman@hilgersgraben.com
3  655 West Broadway, Suite 900
   San Diego, CA 92101
4  Telephone: 619-369-6232
5  Facsimile: 402-413-1880

6
   TRENT TANNER *(pro hac vice)*
7  ttanner@hilgersgraben.com
   575 Fallbrook Blvd. Suite 202
8  Lincoln, NE 68521
9  Telephone: 402-260-1391
   Facsimile: 402-413-1880
10

11 JENNIFER ERICKSON BAAK *(pro hac vice pending)*
12 jericksonbaak@hilgersgraben.com
13 600 17th Street, Suite 2800
   Denver, CO 80202
14 Telephone: 773-407-5502
15 Facsimile: 402-413-1880

16
   *Attorneys for Movant Gregory Lucier*
17

18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>    Defendants. | Case No. 18-cv-00347-CAB-MDD<br><br>**MOVANT GREGORY LUCIER'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY TRIAL SUBPOENA**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Movant Gregory Lucier hereby moves that this Court quash or modify the trial subpoena, served upon him by Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. ("Alphatec"), and commanding his appearance on February 28, 2022, at the upcoming trial in the above-captioned matter.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Gregory Lucier, the pleadings, and exhibits on file herein, the arguments of counsel, any information presented at any hearing on this Motion, and such other matters as the Court may consider in connection with this Motion.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2022 | **HILGERS GRABEN PLLC** |
| 2 | | By:  /s/ Trent D. Tanner |
| 3 | | MICHAEL MERRIMAN (SBN 234663) |
| | | mmerriman@hilgersgraben.com |
| 4 | | 655 West Broadway, Suite 900 |
| 5 | | San Diego, CA 92101 |
| | | Telephone: 619-369-6232 |
| 6 | | Facsimile: 402-413-1880 |

TRENT TANNER *(pro hac vice)*
ttanner@hilgersgraben.com
575 Fallbrook Blvd. Suite 202
Lincoln, NE 68521
Telephone: 402-260-1391
Facsimile: 402-413-1880

JENNIFER ERICKSON BAAK *(pro hac vice pending)*
jericksonbaak@hilgersgraben.com
600 17th Street, Suite 2800
Denver, CO 80202
Telephone: 773-407-5502
Facsimile: 402-413-1880

*Attorneys for Movant Greg Lucier.*

# CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct. Executed this 9th day of February, 2022, at San Diego, California.

By: */s/ Trent D. Tanner*
       Trent D. Tanner