**HILGERS GRABEN PLLC**
MICHAEL MERRIMAN (SBN 234663)
mmerriman@hilgersgraben.com
655 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-369-6232
Facsimile: 402-413-1880

TRENT TANNER *(pro hac vice)*
ttanner@hilgersgraben.com
575 Fallbrook Blvd. Suite 202
Lincoln, NE 68521
Telephone: 402-260-1391
Facsimile: 402-413-1880

JENNIFER ERICKSON BAAK *(pro hac vice pending)*
jericksonbaak@hilgersgraben.com
600 17th Street, Suite 2800
Denver, CO 80202
Telephone: 773-407-5502
Facsimile: 402-413-1880

*Attorneys for Movant Gregory Lucier*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | Case No. 18-cv-00347-MDD-CAB<br><br>**MOVANT GREGORY LUCIER'S UNOPPOSED *EX PARTE* APPLICATION FOR SHORTENING OF TIME RELATED TO MOTION TO QUASH TRIAL SUBPOENA (DOC NO. 373)** |

Pursuant to Local Rule 7.1(e)(5), third-party movant Gregory Lucier submits this unopposed *ex parte* application for an order shortening the briefing schedule related to his Motion to Quash Trial Subpoena (Doc. No. 373). Specifically, Mr. Lucier requests an order setting February 23, 2022 as the deadline for Alphatec to respond in opposition to Mr. Lucier's motion to quash, and February 28, 2022 as the deadline for Mr. Lucier to reply in support of the motion to quash.

In support of this Application, Mr. Lucier states as follows:

- On January 4, 2022, Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. (collectively, "Alphatec") served Mr. Lucier with a subpoena commanding him to appear to testify at trial on February 28, 2022. *See* Doc. No. 373-2 at 6 (Lucier Decl. ¶ 38).

- Counsel for Mr. Lucier and for Alphatec met and conferred on several

2

occasions regarding Alphatec's subpoena. Tanner Decl. ¶ 2.[1] During these meet-and-confers, Mr. Lucier raised several objections to the subpoena, including the fact that Alphatec failed to tender payment of his witness fee and mileage allowance concurrently with the subpoena as required by Rule 45(b). Tanner Decl. ¶ 3; *see also* Doc. No. \_-\_ at 6 (Lucier Decl. ¶ 38).

- As a result of these meet-and-confers, Alphatec agreed to the briefing schedule for Mr. Lucier's motion to quash, as outlined in this Application, and to provide the witness fee and mileage allowance, in exchange for Mr. Lucier's agreement to forgo the requirement of concurrent service. Tanner Decl. ¶ 4.

- On February 9, 2022, Mr. Lucier moved to quash Alphatec's subpoena. Doc. No. \_. Mr. Lucier's motion is timely. *Odyssey Reinsurance Co. v. Nagby*, No. 16-CV-3038-BTM(WVG), 2018 U.S. Dist. LEXIS 70641, at *5 (S.D. Cal. Apr. 26, 2018) (to be "timely," motion to quash must be filed "before the compliance date designated in the subpoena"); *N. Am. Co. for Life & Health Ins. v. Philpot*, No. 08cv270 BEN (NLS), 2010 U.S. Dist. LEXIS 124577, at *6-7 (S.D. Cal. Nov. 24, 2010) (same).

- Trial is scheduled to begin on March 1, 2022. *See* Doc. No. 368.

- Although the subpoena that Mr. Lucier has moved to quash commands his appearance at trial on February 28, 2022, counsel for Alphatec has agreed that if the Court denies Mr. Lucier's motion to quash, Mr. Lucier need not appear to testify at trial until at least March 7, 2022. Tanner Decl. ¶ 5.

- Mr. Lucier makes this Application to ensure that the Court has a full set of

---

[1] "Tanner Decl." refers to the "Declaration of Trenton D. Tanner In Support of Movant Gregory Lucier's *Ex Parte* Application for Shortening of Time Related to Motion to Quash Trial Subpoena," submitted herewith.

3

UNOPPOSED *EX PARTE* APPLICATION
FOR SHORTENING OF TIME
RELATED TO MOVANT'S MOTION TO QUASH

1         briefing before the time set for Mr. Lucier's compliance with the
2         subpoena.
3     • Undersigned counsel has met and conferred with counsel for Alphatec.
4         Counsel for Alphatec indicates that Alphatec does not oppose the relief
5         sought in this Application and has agreed to submit its Response brief on
6         or before February 23, 2022. Tanner Decl. ¶¶ 2-4.

7 WHEREFORE, Movant Mr. Lucier requests an order from the Court shortening the
8 time for Alphatec to submit its Response brief in opposition to Mr. Lucier's motion
9 to quash on or before February 23, 2022, and for Mr. Lucier to submit his Reply
10 brief in support of his motion to quash on or before February 28, 2022.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2022 | **HILGERS GRABEN PLLC** |

By:   /s/ Trenton Tanner
    MICHAEL MERRIMAN (SBN 234663)
    mmerriman@hilgersgraben.com
    655 West Broadway, Suite 900
    San Diego, CA 92101
    Telephone: 619-369-6232
    Facsimile: 402-413-1880

    TRENT TANNER *(pro hac vice)*
    ttanner@hilgersgraben.com
    575 Fallbrook Blvd. Suite 202
    Lincoln, NE 68521
    Telephone: 402-260-1391
    Facsimile: 402-413-1880

    JENNIFER ERICKSON BAAK *(pro hac vice pending)*
    jericksonbaak@hilgersgraben.com
    600 17th Street, Suite 2800
    Denver, CO 80202
    Telephone: 773-407-5502
    Facsimile: 402-413-1880

*Attorneys for Movant Gregory Lucier.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the Laws of the United States of America that the above is true and correct. Executed this 9th day of February 2022, at San Diego, California.

By: */s/ Trenton Tanner*
Trenton Tanner