UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC.,<br><br>                                Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC. and<br>ALPHATEC SPINE, INC.,<br><br>                           Defendants. | Case No.:  3:18-CV-347-CAB-MDD<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR SHORTENING TIME**<br><br>[Doc. No. 374] |

Upon consideration of Movant Gregory Lucier's unopposed *ex parte* application for shortening time related to his motion to quash trial subpoena, and good cause appearing, it is hereby **ORDERED** that the application is **GRANTED**.

On or before **February 23, 2022**, Defendants Alphatec Holdings, Inc., and Alphatec Spine Inc., shall file their response/opposition to Movant Gregory Lucier's Motion to Quash Subpoena.  On or before **February 28, 2022**, Movant Gregory Lucier shall file a reply in support of his Motion to Quash Subpoena.

It is **SO ORDERED**.

Dated:  February 10, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge