**WILSON SONSINI GOODRICH & ROSATI P.C.**
MORRIS FODEMAN (*pro hac vice*)
mfodeman@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300

**HILGERS GRABEN PLLC**
MICHAEL T. HILGERS (*pro hac vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
(402) 218-2106

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL ORDER DEADLINES**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>Trial: March 1, 2022 |

JOINT STIPULATION TO MODIFY                                    18-cv-00347-CAB-MDD
PRETRIAL ORDER DEADLINES

**ADDITIONAL COUNSEL INFORMATION:**

NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com
DAVID P. DALKE (SBN: 218161)
ddalke@winston.com
LEV TSUKERMAN (SBN: 319184)
ltsukerman@winston.com
WILLIAM M. WARDLAW (SBN: 328555)
wwardlaw@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

GEORGE C. LOMBARDI *(pro hac vice)*
glombardi@winston.com
BRIAN J. NISBET *(pro hac vice)*
bnisbet@winston.com
SARANYA RAGHAVAN *(pro hac vice)*
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendants ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC.

Plaintiff NuVasive, Inc. ("NuVasive") and Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. (collectively "Alphatec") hereby stipulate, subject to approval by the Court, to modify the deadlines in the Trial Disclosure Schedule Section of the November 16, 2021 Pretrial Order [Doc. No. 355, Section VI.b], as follows:

- A party will identify and provide trial exhibits and demonstrative exhibits to be used in connection with opening statements **by 2:00 p.m. local time on February 27, 2022**;
- Objections will be provided no later than **4:00 p.m. local time that same day**;
- The parties will meet and confer on any objections by **5:00 p.m. local time that same day**; and
- The parties will present any unresolved issues to the Court on **February 28, 2022**.

The proposed extended deadline is appropriate as the Court has rescheduled the Trial to begin on March 1, 2022 [Doc. No. 368]. Accordingly, good cause exists to modify the deadlines mentioned above.

| | | |
|---|---|---|
| 1 | Dated: February 11, 2022 | **WILSON SONSINI GOODRICH & ROSATI** |
| 2 | | By: /s/ *Erik J. Carlson* |
| 3 | | Erik J. Carlson |
| | | ecarlson@wsgr.com |
| 4 | | 633 West Fifth Street, Suite 1550 |
| 5 | | Los Angeles, CA 90071-2048 |
| | | (323) 210-2900 |
| 6 | | |
| 7 | | *Attorneys for Plaintiff NuVasive, Inc.* |
| 8 | | **WINSTON & STRAWN LLP** |
| 9 | | |
| 10 | | By: /s/ *Brian J. Nisbet* |
| | | BRIAN J. NISBET *(pro hac vice)* |
| 11 | | bnisbet@winston.com |
| 12 | | 35 West Wacker Drive |
| | | Chicago, IL 60601-9703 |
| 13 | | Telephone: (312) 558-5600 |
| 14 | | |
| 15 | | *Attorneys for Defendants Alphatec Holdings,* |
| 16 | | *Inc. and Alphatec Spine, Inc.* |

# SIGNATURE ATTESTATION

I, Erik J. Carlson, hereby attest that I obtained the concurrence of Brian Nisbet in filing this document. I declare under penalty of laws of the United States that the foregoing is true and correct.

Executed this 11th day of February 2022 at Los Angeles, California.

**WILSON SONSINI GOODRICH & ROSATI**

By: /s/ Erik J. Carlson
Erik J. Carlson
ecarlson@wsgr.com
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2048
(323) 210-2900

*Attorneys for Plaintiff NuVasive, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 11th day of February 2022 at Los Angeles, California.

By: _/s/ Soo Kim_
Soo Kim