UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC. and ALPHATEC SPINE, INC.,<br><br>                    Defendants. | Case No.: 3:18-CV-347-CAB-MDD<br><br>**ORDER REGARDING JOINT STIPULATION TO MODIFY PRETRIAL ORDER DEADLINES**<br><br>[Doc. No. 377] |

Having considered the parties' joint stipulation to modify certain pretrial order deadlines [Doc. No. 377], and good cause appearing, the Court rules as follows:

The Joint Stipulation is **GRANTED**. A party shall identify and provide trial exhibits and demonstrative exhibits to be used in connection with opening statements no later than **2:00 PM local time on February 27, 2022**, and objections shall be provided no later than **4:00 PM local time that same day**. The parties shall meet and confer on any objections **by 5:00 PM local time that same day**, and shall present any unresolved issues to the Court on February 28, 2022.

It is **SO ORDERED**.

Dated: February 11, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge