UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>  Defendants. | Case No. 18-cv-00347-MDD-CAB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT AND TO BRING SURGICAL INSTRUMENTS INTO COURTROOM**<br><br>Trial: March 1, 2022 |

ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT & BRING SURGICAL INSTRUMENTS

18-cv-00347-MDD-CAB

The Court orders that the following equipment and tools may be brought to the court and operated by counsel for Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc., (collectively, "Alphatec") and Robert Wilson, Technology Specialist of Evoke Technology & Design, on February 28, 2022 for technical testing and set-up; and trial starting on **March 1, 2022 and to continue through March 10, 2022 [Doc. No. 368]**:

- Laptop computers;
- Cables, wireless presentation remotes, laser pointers, keyboards, mice, power cords, power strips, monitors, table, easels and pads;
- Demonstrative models of the spine, surgical instruments, and surgical trays including the physical exhibits listed on Defendants' Trial Exhibits List (Doc. No. 355 at Exhibit 4), such as the surgical tools listed as DTX-210 through DTX-224 (p. 3), DTX-414 through DTX-428 (p. 6); as well as DTX-1056 and DTX-1074 added to subsequent Defendants' Amended Trial Exhibit Lists.

To the extent additional electronic equipment or surgical tools related to, but not otherwise listed above, are needed to facilitate the trial, such additional equipment, tools, and demonstratives are also permitted.

**IT IS SO ORDERED**.

Dated: February 23, 2022

Hon. Cathy Ann Bencivengo
United States District Judge

ORDER GRANTING DEFENDANTS' REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT & BRING SURGICAL INSTRUMENTS        1        18-cv-00347-MDD-CAB