UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>    Defendants. | Case No. 18-cv-00347-MDD-CAB<br><br>**ORDER GRANTING NUVASIVE, INC.'S REQUEST FOR APPROVAL TO USE ELECTRONIC EQUIPMENT AND TO BRING SURGICAL INSTRUMENTS INTO COURTROOM**<br><br>Trial: March 1, 2022 |

1       The Court orders that the following equipment and tools may be brought to the court and operated by counsel for Plaintiff NuVasive, Inc. ("NuVasive") and Bill Smith, Trial Presentation Specialist of Advanced Courtroom Technologies on February 28, 2022 for technical testing and set-up; and trial starting on **March 1, 2022 and to continue through March 10, 2022 [Doc. No. 368]**:

- Laptop computers;
- Cables, wireless presentation remotes, laser pointers, keyboards, mice, power cords, power strips, monitors, table, easels and pads;
- The physical exhibits listed on NuVasive's Trial Exhibits List (Doc. No. 355 at Exhibit 3), including the surgical tools listed as PTX-426 through PTX-444 (pp. 39-40), as well as PTX-1882 through PTX-1890 (p. 169); and
- Demonstrative models of the spine, surgical instruments, and surgical trays.

      To the extent additional electronic equipment or surgical tools related to, but not otherwise listed above, are needed to facilitate the trial, such additional equipment, tools, and demonstratives are also permitted.

      **IT IS SO ORDERED**.

Dated: February 23, 2022

                                    Hon. Cathy Ann Bencivengo
                                    United States District Judge