**WILSON SONSINI GOODRICH & ROSATI P.C.**
MORRIS FODEMAN (*pro hac vice*)
mfodeman@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300

**HILGERS GRABEN PLLC**
MICHAEL T. HILGERS (*pro hac vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
(402) 218-2106

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**NOTICE OF LODGMENT OF PLAINTIFF NUVASIVE, INC.'S WITNESS DEPOSITION DESIGNATION CLIP REPORTS**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin<br>Courtroom: 15A<br><br>TRIAL: March 1, 2022 |

Pursuant to the Court's request, Plaintiff NuVasive, Inc. ("NuVasive") hereby provides notice that it is lodging the witness deposition designations played during its case-in-chief and before the jury panel on March 2, 2022 or March 7, 2022:

1. The video deposition clip lodged herewith as Exhibit 1 of Kelli Howell, taken June 1, 2018.

2. The video deposition clip lodged herewith as Exhibit 2 of Frank Chang, taken January 15, 2020.

3. The video deposition clip lodged herewith as Exhibit 3 of Scott Robinson, taken October 29, 2019.

4. The video deposition clip lodged herewith as Exhibit 4 of Mike Aleali, taken on October 30, 2020.

5. The video deposition clip lodged herewith as Exhibit 5 of Kelli Howell, taken June 1, 2018.

6. The video deposition clip lodged herewith as Exhibit 6 of Scott Robinson, taken October 29, 2019.

| | | |
|---|---|---|
| 1 | Dated: March 10, 2022 | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| 2 | | By: /s/ *Erik J. Carlson* |
| 3 | | Erik J. Carlson |
| 4 | | Morris Fodeman (*pro hac vice*) |
| 5 | | mfodeman@wsgr.com |
|   | | 1301 Avenue of the Americas, 40th Floor |
| 6 | | New York, NY  10019-6022 |
| 7 | | (212) 999-5800 |
| 8 | | Wendy L. Devine (SBN 246337) |
| 9 | | wdevine@wsgr.com |
|   | | One Market Plaza |
| 10 | | Spear Tower, Suite 3300 |
| 11 | | San Francisco, California 94105-1126 |
|   | | (415) 947-2000 |
| 12 | | |
| 13 | | Natalie J. Morgan (SBN 211143) |
|   | | nmorgan@wsgr.com |
| 14 | | Christina Dashe (SBN 292360) |
| 15 | | cdashe@wsgr.com |
|   | | 12235 El Camino Real |
| 16 | | San Diego, CA 92130 |
| 17 | | (858) 350-2300 |
| 18 | | HILGERS GRABEN PLLC |
| 19 | | Michael T. Hilgers (*pro hac vice*) |
|   | | mhilgers@hilgersgraben.com |
| 20 | | 575 Fallbrook Blvd., Suite 202 |
| 21 | | Lincoln, NE 68521 |
|   | | (402) 218-2106 |
| 22 | | |
| 23 | | *Attorneys for Plaintiff NuVasive, Inc.* |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 10th day of March 2022 at San Diego, California.

By: */s/ Arlene Apodaca*
ARLENE APODACA