# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Nuvasive, Inc. v. Alphatec Holdings, Inc.*     Case Number: **18cv347-CAB-MDD**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: n/a

Pursuant to Civil Local Rule 16.3(g), the Court orders the parties to schedule a post-verdict settlement conference before Magistrate Judge Dembin, or any other judge to which the parties mutually agree, to take place no later than **April 8, 2022**.

It is **SO ORDERED**.

Date: March 15, 2022                                                                                       Initials: HHR