MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.   VS   Alphatec Holdings, Inc.

Case Number: 18-CV-0347-CAB-MDD     WITNESS LIST     Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 3/1/2022 | X | | Kyle Malone |
| 3/2/2022 | X | | Kyle Malone |
| 3/2/2022 | X | | Paul McClintock |
| 3/2/2022 | X | | Kelli Howell (Deposition Video Clip) |
| 3/2/2022 | X | | Scott Robinson (Deposition Video Clip) |
| 3/2/2022 | X | | Frank Chang (Deposition Video Clip) |
| 3/2/2022 | X | | Mike Aleali (Deposition Video Clip) |
| 3/2/2022 | X | | Dr. Jim Youssef (Expert) |
| 3/3/2022 | X | | Dr. Jim Youssef (Expert) |
| 3/4/2022 | X | | Dr. Jim Youssef (Expert) |
| 3/4/2022 | X | | Blake Inglish (Expert) |
| 3/7/2022 | | X | Kelli Howell |
| 3/7/2022 | | X | Jonathan Costabile |
| 3/7/2022 | | X | Scott Robinson |
| 3/8/2022 | | X | Dr. Payam Moazzaz (Deposition) |
| 3/8/2022 | | X | Dr. Barton L. Sachs (Expert) |
| 3/8/2022 | | X | John English (Deposition) |
| 3/8/2022 | | X | Matthew Link (Deposition) |
| 3/8/2022 | | X | Paul McClintock (Deposition) |
| 3/8/2022 | | X | Dr. Keith Ugone (Expert) |
| 3/8/2022 | | X | Eric Finley (Deposition) |
| 3/9/2022 | | X | Dr. Charles Branch, Jr. (Expert) |
| 3/9/2022 | | X | Gregory Lucier (Deposition) |
| 3/9/2022 | | X | Patrick Miles |
| 3/10/2022 | X | | Dr. Jim Youssef (Expert Rebuttal) |