NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com
LEV TSUKERMAN (SBN: 319184)
ltsukerman@winston.com
WILLIAM M. WARDLAW (SBN: 328555)
wwardlaw@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

ROBERT N. KANG (SBN: 274389)
rkang@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

GEORGE C. LOMBARDI (pro hac vice)
glombardi@winston.com
BRIAN J. NISBET (pro hac vice)
bnisbet@winston.com
SARANYA RAGHAVAN (pro hac vice)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendants
ALPHATEC HOLDINGS, INC. and ALPHATEC SPINE, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>        Defendants. | Case No. 18-CV-00347-CAB-MDD<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME**<br><br>Judge: Hon. Cathy Ann Bencivengo |

Plaintiff NuVasive, Inc. ("NuVasive") and defendants Alphatec Spine, Inc. and Alphatec Holdings, Inc. (collectively, "Alphatec"), by and through their respective counsel, jointly request that the Court extend the deadline for post-trial motions from April 22, 2022 to May 20, 2022.

## RECITALS

WHEREAS, a jury trial between NuVasive and Alphatec was held from March 1, 2022 through March 4, 2022 and March 7, 2022 through March 10, 2022;

WHEREAS, the jury returned a verdict on March 11, 2022;

WHEREAS, on March 11, 2022, the Court ordered post-trial motions to be filed by April 22, 2022;

WHEREAS, on March 15, 2022, the Court ordered the parties to schedule a post-verdict settlement conference to take place no later than April 8, 2022;

WHEREAS, on March 28, 2022, NuVasive and Alphatec had a post-verdict settlement conference before Magistrate Judge Dembin;

WHEREAS, NuVasive and Alphatec reached a settlement in principle at the post-verdict settlement conference;

WHEREAS, NuVasive and Alphatec are currently finalizing the terms of the settlement agreement;

WHEREAS, the Court scheduled a Settlement Disposition Conference for April 28, 2022;

WHEREAS, NuVasive and Alphatec believe that postponement of the post-trial motion deadline to May 20, 2022, will allow the Parties to finalize their settlement without burdening this Court unnecessarily;

THEREFORE, NuVasive and Alphatec request the Court to extend the deadline for post-trial motions from April 22, 2022, to May 20, 2022.

The proposed deadline is intended to facilitate the efficient resolution of the matter. It will allow the parties to further engage in productive discussions while

1  finalizing the settlement agreement without having to burden the Parties and the
2  Court with additional and potentially unnecessary briefing.
3      Accordingly, good cause exists to extend the deadline for post-trial motions
4  from April 22, 2022 to May 20, 2022.

| | | |
|---|---|---|
| Dated: April 6, 2022 | | WINSTON & STRAWN LLP |
| | | By: */s/ Brian J. Nisbet* <br> BRIAN J. NISBET |
| | | Attorneys for Defendants <br> ALPHATEC HOLDINGS, INC. AND ALPHATEC SPINE, INC. |
| Dated: April 6, 2022 | | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | | By: */s/ Wendy L. Devine* <br> WENDY L. DEVINE |
| | | Attorneys for Plaintiff <br> NUVASIVE, INC. |

# SIGNATURE ATTESTATION

I, Brian Nisbet, hereby attest that I obtained the concurrence of Wendy L. Devine in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April 2022 at Chicago, Illinois.

Dated: April 6, 2022                    WINSTON & STRAWN LLP

                                        By: /s/ Brian J. Nisbet
                                            BRIAN J. NISBET

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

Dated: April 6, 2022              WINSTON & STRAWN LLP

                                  By: */s/ Brian J. Nisbet*
                                       BRIAN J. NISBET