UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>  Defendants. | Case No.: 3:18-CV-347-CAB-MDD<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DEADLINE TO FILE POST-TRIAL MOTIONS**<br><br>[Doc. No. 407] |

Having reviewed the parties' joint motion for an extension of the deadline to file post-trial motions from April 22, 2022 to May 20, 2022 [Doc. No. 407], and good cause appearing therein, the motion is hereby **GRANTED**. The parties shall file any post-trial motions on or before **May 20, 2022**.

**IT IS SO ORDERED.**

Dated: April 7, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge