MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc. VS Alphatec Holdings, Inc.

Case Number: 18cv0347-CAB-MDD  EXHIBIT LIST  Jury Trial

☒ Plaintiff  ☐ Defendant  ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| PDX-1.1-PDX-1.87 | 3/1/2022 | | Plaintiff NuVasive's Opening Statement Demonstratives |
| PDX-2.1-PDX-2.5 | 3/1/2022 | | Plaintiff witness, Kyle Malone Direct Examination Demonstratives |
| PDX-3.1-PDX-3.4 | 3/2/2022 | | Plaintiff witness, Paul McClintock Direct Examination Demonstratives |
| PDX-4.1-PDX-4.99 | 3/2/2022 | | Plaintiff Expert, Dr. Jim Youssef Direct Examination Demonstratives |
| PDX-5.1-PDX-5.55 | 3/4/2022 | | Plaintiff Expert, Blake Inglish Direct Examination Demonstratives |
| PDX-10 | 3/3/2022 | | Physical Demonstrative: Small Spine |
| PDX-11 | 3/3/2022 | | Physical Demonstrative: Vertebrae |
| PDX-12 | 3/3/2022 | | Physical Demonstrative: Implant Inserter |
| PDX-13 | 3/1/2022 | | Physical Demonstrative: "eXtreme Lateral Interbody Fusion (XLIF)" (2008), bound book |
| PDX-14 | 3/1/2022 | | Physical Demonstrative: "eXtreme Lateral Interbody Fusion (XLIF)" 2nd Ed. (2013), bound book |
| PDX-15 | 3/3/2022 | | Physical Demonstrative: Second Small Spine |
| PDX-16 | 3/2/2022 | | Demonstrative – Enlarged Cover Page of PTX-2763 with Annotations by Kyle Malone |
| PDX-17 | 3/7/2022 | | Demonstrative – Video Slide of Alphatec Retractor Pivoting |
| PDX-18 | 3/7/2022 | | Demonstrative – Handheld Board Depicting NuVasive's XLIF System |
| PDX-19 | 3/7/2022 | | Demonstrative – Handheld Board Depicting Alphatec's Retractor System |
| PTX-3000 | 3/2/2022 | | Annotated Image of PTX-2763 (Demonstrative) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Nuvasive, Inc. | | VS | Alphatec Holdings, Inc. | |
|---|---|---|---|---|
| Case Number: | 18cv0347-CAB-MDD | EXHIBIT LIST | Jury Trial | |

☒ Plaintiff   ☐ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| PTX-1 | 3/3/2022 | 3/3/2022 | U.S. Patent No. 8,439,832, entitled "Surgical Access System and Related Methods" by Patrick Miles et al., dated 5/14/2013 |
| PTX-2 | 3/3/2022 | 3/3/2022 | U.S. Patent No. 7,819,801, entitled "Surgical Access System and Related Methods" by Patrick Miles et al., dated 10/26/2010 |
| PTX-3 | 3/3/2022 | 3/3/2022 | U.S. Patent No. 9,974,531, entitled "Surgical Access System and Related Methods" by Patrick Miles et al., dated 5/22/2018 |
| PTX-4 | 3/9/2022 | 3/9/2022 | File History for U.S. Patent No. 8,439,832 (12/984,368) entitled "Surgical Access System and Related Methods" by Miles et al., dated 01/04/2011 |
| | | | |
| PTX-29 | 3/7/2022 | 3/7/2022 | Alphatec Spine's Traditional 510(k) Application – Expanded Indications for Use, Alphatec Battalion Universal Spacer System to U.S. Food and Drug Administration, dated 4/4/2016 |
| | | | |
| PTX-36 | 3/8/2022 | 3/8/2022 | Alphatec Press Release: Alphatec Holdings, Inc. Reports Third Quarter 2017 Financial Results, dated 11/9/2017 |
| | | | |
| PTX-59 | 3/2/2022 | 3/2/2022 | NuVasive's Brochure: XLIF Surgical Technique Guide, dated 2007 |
| | | | |
| PTX-77 | 3/3/2022 | 3/3/2022 | Alphatec Spine Arc Portal Access System GLIF (Guided Lumbar Interbody Fusion) Surgical Technique Guide, dated 2010 |
| | | | |
| PTX-136 | 3/3/2022 | 3/3/2022 | NuVasive Consulting Agreement Memo to Jason Hannon re SSAB Consulting Agreement for Dr. Jim Youssef/Durango Spine, LLLP, dated 3/27/2017 |
| PTX-137 | 3/3/2022 | 3/3/2022 | NuVasive Consulting Agreement Memo to Matt Link re SPS (Global) Consulting Agreement for Jim Youssef, M.D. (contracting as Durango Spine, LLLP), dated 10/26/2017 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | Nuvasive, Inc. | VS | Alphatec Holdings, Inc. |
|---|---|---|---|
| Case Number: | 18cv0347-CAB-MDD | EXHIBIT LIST | Jury Trial |

☒  Plaintiff   ☐  Defendant   ☐  Court

| Exhibit | Marked | Admitted | Description |
|---|---|---|---|
| PTX-167 | 3/9/2022 | 3/9/2022 | Declaration of Patrick Miles in *Medtronic, Inc. v. NuVasive, Inc.*, IPR2014-00081 re '535 Patent, dated 7/8/2014 |
| PTX-170 | 3/3/2022 | 3/3/2022 | Ivan Cheng et al., *Outcomes of Two Different Techniques Using the Lateral Approach for Lumbar Interbody Arthrodesis*, Global Spine Journal, 5:308-314 (2015) |
| PTX-179 | 3/10/2022 | 3/10/2022 | Non-final Action Closing Prosecution in Re-examination Control No. 95/001,889 re '801 Patent, dated 8/27/2012 |
| PTX-184 | 3/3/2022 | 3/3/2022 | Takatomo Moro et al., *An Anatomic Study of the Lumbar Plexus with Respect to Retroperitoneal Endoscopic Surgery*, SPINE, 28(5):423-428 (2003) |
| PTX-199 | 3/2/2022 | 3/2/2022 | Gregory M. Malham et al., *Clinical Outcome and Fusion Rates After the First 30 Extreme Lateral Interbody Fusions*, The Scientific World Journal, Article ID 246989 (L. Pimenta et al., eds. 2012) |
| PTX-288 | 3/9/2022 |  | Video of Alphatec Retractor |
| PTX-298 | 3/3/2022 | 3/3/2022 | Juan Uribe et al., *Can Triggered Electromyography Monitoring throughout Retraction Predict Postoperative Symptomatic Neuroproxia After XLIF? Results from a Prospective Multicenter Trial*, European Spine Journal, 24 (Suppl. 3):5378-5385 (2015) |
| PTX-299 | 3/9/2022 | 3/9/2022 | Declaration of Dr. Frank Phillips, M.D. in *Medtronic, Inc. v. NuVasive, Inc.*, IPR2014-00075 re '767 Patent, dated 7/8/2014 |
| PTX-300 | 3/8/2022 |  | Declaration of Barton L. Sachs in *NuVasive, Inc. v. Warsaw Orthopedic, Inc.*, IPR2013-00206 re '997 Patent, dated 12/20/2013 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.    VS    Alphatec Holdings, Inc.

Case Number: 18cv0347-CAB-MDD    EXHIBIT LIST    Jury Trial

☒ Plaintiff   ☐ Defendant   ☐ Court

| Exhibit | Date | Date | Description |
|---|---|---|---|
| PTX-325 | 3/4/2022 | 3/4/2022 | Declaration of Kelli Howell in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, dated 5/17/2018 |
| PTX-342 | 3/7/2022 | 3/7/2022 | Alphatec's Design Review re Product Battalion LLIF (Lateral Lumbar Interbody Fusion) Retractor System by T. Hackathorn, dated 8/21/2017 |
| PTX-344 | 3/7/2022 | 3/7/2022 | Alphatec Slides: Direct Lateral, Lateral Retractor Systems Concepts & Key Features by J. Costabile, dated 2/12/2013 |
| PTX-423 | 3/7/2022 | 3/7/2022 | Alphatec Slides: Direct Lateral, NPD, Phase 1 (Project Initiation), by Derek Kuyper and Jon Costabile, dated 4/18/2013 |
| PTX-428 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess Light Cable |
| PTX-430 | 3/2/2022 | 3/2/2022 | Physical Exhibit: MaXcess Products – MaXcess IV Retractor (articulating version) |
| PTX-431 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess 4 Fourth Blade |
| PTX-432 | 3/2/2022 | 3/2/2022 | Physical Exhibit: MaXcess Products – MaXcess 4 Shim |
| PTX-433 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess 4 Screw Driver for removal/replacement of right and left blades |
| PTX-434 | 3/2/2022 | 3/2/2022 | Physical Exhibit: MaXcess Products – K-Wire |
| PTX-435 | 3/2/2022 | 3/2/2022 | Physical Exhibit: MaXcess Products – Sequential Dilator (6 mm, 9 mm and 12 mm) |
| PTX-436 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess III |
| PTX-437 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess III, Solid |
| PTX-438 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess II Retractor |
| PTX-439 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess Products – MaXcess I Retractor |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  | VS |  |
|---|---|---|---|
| Nuvasive, Inc. | | | Alphatec Holdings, Inc. |
| Case Number: 18cv0347-CAB-MDD | | EXHIBIT LIST | Jury Trial |

☒ Plaintiff  ☐ Defendant  ☐ Court

| Exhibit | Marked | Admitted | Description |
|---|---|---|---|
| PTX-441 | 3/2/2022 | 3/2/2022 | Physical Exhibit: Zero-Profile Shim Inserter |
| PTX-454 | 3/2/2022 | 3/2/2022 | 6/1/2018 Howell Depo Ex. 5: eXtreme Lateral Interbody Fusion (XLIF) – Second Edition |
| PTX-497 | 3/3/2022 | 3/3/2022 | 10/29/2019 Robinson Depo Ex. 8: Alphatec's Battalion Lateral Lumbar Spacer System – Thoracolumbar Surgical Technique Guide, dated 1/5/2017 |
| PTX-499 | 3/4/2022 | 3/4/2022 | 10/29/2019 Robinson Depo Ex. 10: 4/17/2013 Alphatec Market Need/Assessment Request (Direct Lateral) by Derek Kuyper |
| PTX-501 | 3/2/2022 | 3/2/2022 | 10/29/2019 Robinson Depo Ex. 12: 6/16/2014 Slides: Alphatec Lateral Lumbar Interbody Fusion System – Market Need/Business Case PH:1 |
| PTX-513 | 3/4/2022 | 3/4/2022 | 11/5/2019 Judd Depo Ex. 11:01/22/2016 Nonexclusive Patent License Agreement by and between Warsaw Orthopedic and Alphatec Spine |
| PTX-531 | 3/4/2022 | 3/4/2022 | 12/19/2019 Aleali Depo Ex. 6: Alphatec Integrated Project Charter – Lateral Lumbar Interbody Fusion (LLIF), dated 7/14/2014 |
| PTX-534 | 3/2/2022 | 3/2/2022 | 11/15/2019 Finley Depo Ex. 8: NuVasive's MaXcess XLIF 90 Degree Surgical Technique |
| PTX-559 | 3/9/2022 |  | 12/19/2019 Miles Depo Ex. 9: 7/8/2014 Declaration of Patrick Miles in Medtronic v. NuVasive (IPR2014-00075, U.S. Patent 8,016,767) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | Nuvasive, Inc. | VS | Alphatec Holdings, Inc. |
|---|---|---|---|
| Case Number: | 18cv0347-CAB-MDD | EXHIBIT LIST | Jury Trial |

☒ Plaintiff  ☐ Defendant  ☐ Court

| | | | |
|---|---|---|---|
| PTX-582 | 3/9/2022 | 3/9/2022 | 11/20/2013 Martinelli Ex. 14: NuVasive History of XLIF 2002, dated 2/27/2003 |
| PTX-644 | 3/8/2022 | 3/8/2022 | 11/11/2019 Moazzaz Depo Ex. 2: 6/0/2013 Product Development Agreement by and between Alphatec Spine and Payam Moazzaz |
| PTX-650 | 3/8/2022 | 3/8/2022 | 11/11/2019 Moazzaz Depo Ex. 8: 7/17/2014 Slides: Alphatec LLIF: Global Development Project Meeting – Valencia, Spain |
| PTX-719 | 3/4/2022 | 3/4/2022 | Alphatec Slides: A Leading Provider of Advanced Spinal Fusion Platforms and Systems |
| PTX-933 | 3/7/2022 | 3/7/2022 | Alphatec Video: Battalion Universal Spacer System |
| PTX-969 | 3/4/2022 | 3/4/2022 | Spreadsheet: Sales Quantity for Implants (Product Type 3) |
| PTX-1071 | 3/9/2022 | | U.S. Patent No. 7,491,168 entitled "Surgical Retractor Systems and Illuminated Cannulae," by Raymond et al., dated 2/17/2009 |
| PTX-1882 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor - Shim |
| PTX-1883 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor – Shim inserter |
| PTX-1884 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor – Dilators and k-wire |
| PTX-1885 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor – Screwdriver |
| PTX-1886 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor – 4th blade |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.  VS  Alphatec Holdings, Inc.

Case Number: 18cv0347-CAB-MDD     EXHIBIT LIST     Jury Trial

☒ Plaintiff   ☐ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| PTX-1887 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor - Light |
| PTX-1888 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractor – Retractor blades |
| PTX-1889 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractors – Retractor Handle |
| PTX-1890 | 3/3/2022 | 3/3/2022 | Physical Exhibit: ATEC Retractors – 4th blade crossbar |
| | | | |
| PTX-2171 | 3/2/2022 | 3/2/2022 | Alphatec Transcend ™ LIF Lateral Interbody Spacer System Implant Guide, dated 12/17/2019 |
| | | | |
| PTX-2354 | 3/4/2022 | 3/4/2022 | Spreadsheet: Alphatec Sales re Use LIF Case Category to Filter between LIF Category 2017 |
| PTX-2355 | 3/4/2022 | 3/4/2022 | Spreadsheet: Alphatec Sales re Use LIF Case Category to Filter between LIF Category 2019 |
| PTX-2356 | 3/4/2022 | 3/4/2022 | Spreadsheet: Alphatec Sales re Use LIF Case Category to Filter between LIF Category 2019 |
| | | | |
| PTX-2386 | 3/2/2022 | 3/2/2022 | 10/30/2020 Aleali Depo Ex. 7: Alphatec LIF Lateral Interbody Fusion – Lateral Approach Surgical Technique Guide, dated 9/10/2019 |
| PTX-2388 | 3/7/2022 | 3/7/2022 | 10/30/2022 Aleali Depo Ex. 9: Slides: Alphatec Lateral Lumbar Interbody Fusion System, dated 12/29/2019 |
| PTX-2397 | 3/4/2022 | 3/4/2022 | 10/30/2020 Judd Depo Ex. 2: First Amendment to Nonexclusive Patent License Agreement by and between Alphatec and Warsaw Orthopedic, dated 1/01/2020 |
| | | | |
| PTX-2535 | 3/2/2022 | 3/2/2022 | NuVasive's Brochure: NVM5® for XLIF, 2014 |
| | | | |
| PTX-2763 | 3/2/2022 | 3/2/2022 | NuVasive's Brochure: XLIF Surgical Technique Guide, dated 2014 |
| PTX-2772 | 3/9/2022 | 3/9/2022 | Exhibit 2002 Declaration of Patrick Miles in *NuVasive, Inc. v. Warsaw Orthopedic, Inc.*, IPR2013-00206 re '997 Patent, dated 3/10/2014 in *Alphatec Holdings, Inc, v. NuVasive, Inc.*, IPR2019-00362 re '156 Patent |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.   VS   Alphatec Holdings, Inc.

Case Number: 18cv0347-CAB-MDD   EXHIBIT LIST   Jury Trial

☒ Plaintiff   ☐ Defendant   ☐ Court

| Exhibit | Date | Date | Description |
|---|---|---|---|
| PTX-2889 | 3/9/2022 | 3/9/2022 | NuVasive Slide: NuVa Yesterday and NuVa Today by Pat Miles |
| PTX-2890 | 3/4/2022 | 3/4/2022 | 12/10/2021 Inglish Second Supplemental Expert Report – Schedule 1, Summary of Estimated Damages |
| PTX-2899 | 3/4/2022 | 3/4/2022 | 12/10/2021 Inglish Second Supplemental Expert Report – Schedule 5, Analysis of NuVasive MAS Platform/XLIF and Alphatec LIF Platform: Implant Units by Surgeon-Customer |
| PTX-2914 | 3/4/2022 | 3/4/2022 | 12/10/2021 Inglish Second Supplemental Expert Report – Schedule 15, Analysis of NuVasive MAS Platform/XLIF and Alphatec LIF Platform Revenue and Implant Units |
| PTX-2925 | 3/4/2022 | 3/4/2022 | 12/10/2021 Inglish Second Supplemental Expert Report – Schedule 25, NuVasive Damages Template for Various Patent Combinations |
| PTX-2963 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Blade Rotation Driver re NuVasive's XLIF Surgical Technique |
| PTX-2966 | 3/4/2022 | | Blake Inglish, CPA, ABV, CFE, CFF – Curriculum Vitae |
| PTX-2967 | 3/1/2022 | 3/1/2022 | NuVasive Corporate Overview |
| PTX-2968 | 3/3/2022 | | Defendants' Supplemental Responses to Plaintiff NuVasive, Inc.'s First Set of Interrogatories (Nos. 1-3, 6-8, 10)(excerpt), dated 6/11/2018 and verification dated 1/14/2020 |
| PTX-2969 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Transcend Implant (22W, 6H, 45L, 10°) |
| PTX-2971 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Battalion Implant (22W, 14H, 55L, 0°) |
| PTX-2972 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Battalion Implant (18W, 16H, 55L, 0°) |
| PTX-2973 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Battalion Implant (18W, 14H, 55L, 15°) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc. VS Alphatec Holdings, Inc.

Case Number: 18cv0347-CAB-MDD    EXHIBIT LIST    Jury Trial

☒ Plaintiff   ☐ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| PTX-2974 | 3/3/2022 | 3/3/2022 | Physical Exhibit: Battalion Implant (22W, 16H, 55L, 15°) |
| PTX-2975 | 3/3/2022 | 3/3/2022 | Physical Exhibit: CoRoent XL Implant (8x22x45) |
| PTX-2976 | 3/3/2022 | 3/3/2022 | Physical Exhibit: CoRoent XL Implant (16x22x50) |
| PTX-2977 | 3/3/2022 | 3/3/2022 | Physical Exhibit: CoRoent XL Implant (14x22x50) |
| PTX-2978 | 3/3/2022 | 3/3/2022 | Physical Exhibit: CoRoent XL Implant (12x22x55) |
| PTX-2979 | 3/2/2022 | 3/2/2022 | Physical Exhibit: CoRoent XL Implant (16x22x55) |
| PTX-2980 | 3/2/2022 | 3/2/2022 | Physical Exhibit: XLIF Instruments Tray |
| PTX-2981 | 3/2/2022 | 3/2/2022 | Physical Exhibit: Anterior/Lateral General Instruments I |
| PTX-2982 | 3/2/2022 | 3/2/2022 | Physical Exhibit: Anterior/Lateral General Instruments II |
| PTX-2983 | 3/2/2022 | 3/2/2022 | Physical Exhibit: MaXcess III Access System Tray |
| PTX-2984 | 3/10/2022 | 3/10/2022 | Physical Exhibit: 40 French Chest Tube |
| | | | |
| PTX-2986 | 3/3/2022 | 3/3/2022 | Physical Exhibit: MaXcess® IV 4th blade clip |
| | | | |
| PTX-2988 | 3/3/2022 | 3/3/2022 | Physical Exhibit: PLIF Implant |