MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc. VS Alphatec Holdings, Inc.

Case Number: 18cv-347-CAB-MDD   EXHIBIT LIST   Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| DDX1 | 3/1/2022 | | Demonstratives used with Alphatec's Opening Statement |
| DDX2 | 3/8/2022 | | Demonstratives used with the Direct Examination of Dr. Barton Sachs |
| DDX3 | 3/9/2022 | | Demonstratives used with the Direct Examination of Dr. Charles Branch, Jr. |
| DDX4 | 3/8/2022 | | Demonstratives used with the Direct Examination of Dr. Keith Ugone |
| DDX5 | 3/10/2022 | | Demonstrative used with Alphatec's Closing Argument |
| | | | |
| | | | |
| | | | |
| DTX-111 | 3/9/2022 | 3/9/2022 | IPR2013-00206, Declaration of Dr. Paul McAfee, M.D., (P.T.A.B. Mar. 21, 2013), dated 9/11/2012 |
| DTX-112 | 3/9/2022 | 3/9/2022 | IPR2013-00206, Corrected Petition, dated 4/3/2013 |
| | | | |
| DTX-115 | 3/8/2022 | 3/9/2022 | IPR2013-00206, Paper No. NuVasive 1030. Declaration of Dr. Robert E. Jacobson, M.D. (P.T.A.B. Mar.10, 2014), dated 3/10/2014 |
| | | | |
| DTX-127 | 3/9/2022 | 3/9/2022 | IPR2013-00206, Petitioner's Reply to Patent Owner's Response (U.S. Patent No. 8,251,997), dated 3/11/2014 |
| | | | |
| DTX-142 | 3/10/2022 | 3/10/2022 | Inter Partes Reexam for U.S. Patent No. 7,819,801, Declaration of Dr. Jim Youssef, dated 6/25/2012 |
| | | | |
| DTX-231 | 3/7/2022 | 3/7/2022 | eXtreme Lateral Interbody Fusion (XLIF®) 4 (J. Allan Goodrich and Ildemaro J. Volcan, eds., 1st ed. 2008) ("XLIF® 1st ed.") (colored version) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc. VS Alphatec Holdings, Inc.

Case Number: 18cv-347-CAB-MDD     EXHIBIT LIST     Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| Exhibit | Marked | Admitted | Description |
|---|---|---|---|
| DTX-237 | 3/9/2022 | 3/9/2022 | eXtreme Lateral Interbody Fusion (XLIF®) 3 (J. Allan Goodrich and Ildemaro J. Volcan, eds., 2d ed. 2013) (colored version) |
| DTX-369 | 3/7/2022 | 3/7/2022 | Engineering CAD Drawings, Battalion, LLIF Retractor Body, Rev. B, dated 6/29/2016 |
| DTX-389 | 3/7/2022 | 3/7/2022 | Engineering CAD Drawing |
| DTX-390 | 3/7/2022 | 3/7/2022 | Engineering CAD Drawing |
| DTX-410 | 3/7/2022 | 3/7/2022 | Press Release – Alphatec Spine Launches Battalion Lateral System with Squadron Retractor to Support Minimally Invasive Lateral Access Procedures, dated 4/7/2017 |
| DTX-454 | 3/7/2022 | Pgs. 1, 7, 14, 15, 21 | Corporate Presentation re Alphatec Story, 2021 |
| DTX-505 | 3/9/2022 | 3/9/2022 | 7,074,226 to Roehm (July 11, 2006) ("Roehm") |
| DTX-506 | 3/9/2022 | 3/9/2022 | U.S. Patent 5,797,909 to Michelson (Aug. 25, 1998) ("Michelson '909") |
| DTX-515 | 3/9/2022 | 3/9/2022 | W.A. Friedman and S.L. Kanter, The Lateral Percutaneous Approach to Discectomy, Int'l Radiology in Bond and Joint 149, 153-54 (1988) ("Friedman") |
| DTX-516 | 3/9/2022 | 3/9/2022 | Thomas Kossmann, et al., The Use of a Retractor System (SynFrame) for Open, Minimal Invasive Reconstruction of the Anterior Column of the Thoracic and Lumbar Spine, Eur. Spine J., 10:396-402 (2001) (Kossmann), dated 9/5/2001 |
| DTX-518 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,171,279 (Mathews), dated 12/15/1992 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.  VS  Alphatec Holdings, Inc.

Case Number: 18cv-347-CAB-MDD   EXHIBIT LIST   Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| DTX-519 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,313,962 (Obenchain), dated 5/24/1994 |
| DTX-520 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,681,265 (Maeda et al.), dated 10/28/1997 |
| DTX-521 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,772,661 to Michelson (June 30, 1998) ("Michelson '661") |
| DTX-522 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,860,973 ("Michelson '973"), dated 1/19/1999 |
| DTX-523 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,928,139 to Koros (July 27, 1999) (Koros '139") |
| DTX-524 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 6,945,933 (Sept. 20, 2005) (Branch) |
| | | | |
| DTX-526 | 3/9/2022 | 3/9/2022 | WO 03/005887 to Blewett et al. (Jan. 23, 2003) (Blewett) |
| DTX-527 | 3/9/2022 | 3/9/2022 | WO 01/37728 to Kelleher et al. (May 31, 2001) (Kelleher) |
| DTX-528 | 3/9/2022 | 3/9/2022 | W.A. Friedman, Percutaneous Discectomy: An Alternative to Chemonucleolysis?, Neurosurgery, 13:542-547 (1983) ("Friedman (1983)") |
| DTX-529 | 3/9/2022 | 3/9/2022 | Kanter and William A. Friedman, Percutaneous Discectomy: An Anatomical Study, Neurosurgery, 16(2):141—47 (1985) ("Kanter (1985)") |
| | | | |
| DTX-533 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 4,545,374 (Oct. 8, 1985) (Jacobson) |
| | | | |
| DTX-538 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,931,777 (Sava), dated 8/3/1999 |
| | | | |
| DTX-543 | 3/9/2022 | 3/9/2022 | European Patent No. 0951868 to Buttner-Janz and Keller (Oct. 27, 1099) ("Buttner-Janz") |
| DTX-544 | 3/9/2022 | 3/9/2022 | European Patent No. 0951868 to Buttner-Janz and Keller (Oct. 27, 1099) ("Buttner-Janz") |
| | | | |
| DTX-548 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 5,792,044 to Foley et al. (Aug. 11, 1998) ("Foley '044") |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | Nuvasive, Inc. | VS | Alphatec Holdings, Inc. |  |
|---|---|---|---|---|
| Case Number: | 18cv-347-CAB-MDD | EXHIBIT LIST | Jury Trial | |

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| DTX-550 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 6,074,343 to Nathanson (Jun. 13, 2000) ("Nathanson") |
| DTX-555 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 6,174,311 ("Branch '311 patent"), dated 1/16/2001 |
| DTX-557 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 6,575,899 to Foley (Jun. 10, 2003) ("Foley '899") |
| DTX-558 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 6,892,087 to Osypka (May 10, 2005) ("Osypka") |
| DTX-579 | 3/9/2022 | 3/9/2022 | U.S. Patent Application Pub. No. 2003/0032966 ("Foley '996'), dated 2/12/2003 |
| DTX-589 | 3/7/2022 | Pgs. 1 - 3 | 25-27, 2003, dated 9/27/2003 |
| DTX-591 | 3/9/2022 | 3/9/2022 | U.S. Patent No. 8,251,997 entitled "Method for Inserting an Artificial Implant Between Two Adjacent Vertebrae Along a Coronal Plane," by Michelson, dated 8/28/2012 |
| DTX-648 | 3/7/2022 | 3/7/2022 | SEC Form 8-K of Alphatec Holdings, Inc., dated 9/1/2016 |
| DTX-652 | 3/9/2022 | 3/9/2022 | Alphatec Spine, A Leading Provider of Advanced Spinal Fusion Platforms and Systems Management Presentation |
| DTX-657 | 3/8/2022 | 3/8/2022 | MaXcess, Is Minimal Access Surgery Minimizing Your Success? (2006) |
| DTX-684 | 3/4/2022 |  | MaXcess Launch Guide (2011) |

Page **4** of **6**

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Nuvasive, Inc.  VS  Alphatec Holdings, Inc.

Case Number: 18cv-347-CAB-MDD    EXHIBIT LIST    Jury Trial

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| DTX-688.B | 3/2/2022 | Pgs. 1 & 46 | U.S. Commercial Matt Link May 16, 2017, Presentation, 5/16/2017 |
| DTX-698 | 3/8/2022 | 3/8/2022 | Email from Matt Link to Jim Grotting re XLIF Lost Adopter Analysis, dated 6/13/2017 |
| DTX-720 | 3/2/2022 | 3/2/2022 | Email from Matt Link re MaXcess V Update, dated 4/2/2019 |
| DTX-722 | 3/2/2022 | Pgs. 1, 13-16 | NuVasive Lateral Single Position Surgery Presentation |
| DTX-736 | 3/8/2022 | 3/8/2022 | Declaration of Matthew Link in Support of Motion for Preliminary Injunction Link (with Exhibits), dated 3/30/2018 |
| DTX-741 | 3/8/2022 | 3/8/2022 | Reply Declaration of Matthew Link in Support of Motion for Preliminary Injunction (with exhibits), dated 6/14/2018 |
| DTX-884 | 3/2/2022 | 3/2/2022 | 2018 Performance Review Template for P. McClintock |
| DTX-893 | 3/2/2022 | 3/2/2022 | Jim A. Youssef – Open Payment All Years (NuVasive) |
| DTX-914 | 3/8/2022 | 3/8/2022 | Medtronic, Direct Lateral Interbody Fusion DLIF Surgical Guide |
| DTX-915 | 3/2/2022 | 3/2/2022 | DePuySynthes – Insight Lateral Access System, 2016 |
| DTX-969 | 3/9/2022 | 3/9/2022 | Attachment 2 – Project Titan Analysis – Corporate Development, dated 2/13/2016 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | Nuvasive, Inc. | VS | Alphatec Holdings, Inc. | |
|---|---|---|---|---|
| Case Number: | 18cv-347-CAB-MDD | EXHIBIT LIST | Jury Trial | |

☐ Plaintiff   ☒ Defendant   ☐ Court

| | | | |
|---|---|---|---|
| DTX-976 | 3/9/2022 | 3/9/2022 | Project Titan Management Presentation for NuVasive, dated 2/3/2016 |
| DTX-978 | 3/2/2022 | 3/2/2022 | Email from Greg Lucier to Skip Kiil et al. Re: Alphatec Thoughts/Inputs, dated 10/3/2017 |
| DTX-982 | 3/9/2022 | 3/9/2022 | Email from Matt Link to Greg Lucier Re: War Room on Alphatec, dated 10/2/2017 |
| DTX-983 | 3/2/2022 | 3/2/2022 | Email from S. Freeman Re: Meeting in the War Room from Team, dated 10/3/2017 |
| DTX-1059 | 3/2/2022 | 3/2/2022 | Squadron Lateral Access System Anterior Column Sales Sheet |
| DTX-1061 | 3/2/2022 | 3/2/2022 | Alphatec: Improving Lives by Delivering Advancements in Spinal Fusion Technologies, dated 12/4/2019 |
| DTX-1074 | 3/7/2022 | 3/7/2022 | Physical exhibit: Assembled Squadron Retractor |
| DTX-1079 | 3/9/2022 | 3/9/2022 | Physical exhibit: Interventional Radiology in Bone and Joint, (Softcover reprint of the original 1st ed., 1988 edition (April 9, 2012)) |
| DTX-1089 | 3/4/2022 | 3/7/2022 | Presentation: Surgeon Consultants, dated 7/3/2013 |