UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 3:18-CV-347-CAB-MDD<br><br>**ORDER GRANTING SECOND JOINT STIPULATION FOR EXTENSION OF DEADLINE TO FILE POST-TRIAL MOTIONS**<br><br>**[Doc. No. 426]** |

Having reviewed the parties' second joint motion for an extension of the deadline to file post-trial motions from May 20, 2022 to June 7, 2022 [Doc. No. 426], and good cause appearing therein, the motion is hereby **GRANTED**.  The parties shall file any post-trial motions on or before **June 7, 2022**.

　　　**IT IS SO ORDERED.**

Dated:  May 20, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　United States District Judge