**WILSON SONSINI GOODRICH & ROSATI P.C.**
MORRIS FODEMAN (*pro hac vice*)
mfodeman@wsgr.com
WENDY L. DEVINE (SBN 246337)
wdevine@wsgr.com
NATALIE J. MORGAN (SBN 211143)
nmorgan@wsgr.com
12235 El Camino Real
San Diego, CA 92130
(858) 350-2300

**HILGERS GRABEN PLLC**
MICHAEL T. HILGERS (*pro hac vice*)
mhilgers@hilgersgraben.com
575 Fallbrook Blvd, Suite 202
Lincoln, NE 68521
(402) 218-2106

*Attorneys for Plaintiff NuVasive, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>　　　　　Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**JOINT MOTION TO DISMISS, RETAINING JURISDICTION OVER SETTLEMENT**<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Magistrate Judge: Mitchell D. Dembin<br>Courtroom: 15A |

1  | **ADDITIONAL COUNSEL INFORMATION:**

2  | NIMALKA R. WICKRAMASEKERA (SBN: 268518)
nwickramasekera@winston.com

3  | DAVID P. DALKE (SBN: 218161)
ddalke@winston.com

4  | LEV TSUKERMAN (SBN: 319184)
ltsukerman@winston.com

5  | WILLIAM M. WARDLAW (SBN: 328555)
wwardlaw@winston.com

6  | WINSTON & STRAWN LLP
333 S. Grand Avenue

7  | Los Angeles, CA 90071-1543
Telephone: (213) 615-1700

8  | Facsimile: (213) 615-1750

9  | GEORGE C. LOMBARDI *(pro hac vice)*
glombardi@winston.com

10 | BRIAN J. NISBET *(pro hac vice)*
bnisbet@winston.com

11 | SARANYA RAGHAVAN *(pro hac vice)*
sraghavan@winston.com

12 | WINSTON & STRAWN LLP
35 West Wacker Drive

13 | Chicago, IL 60601-9703
Telephone: (312) 558-5600

14 | Facsimile: (312) 558-5700

15

16 | ROBERT N. KANG (SBN: 274389)
rkang@winston.com

17 | WINSTON & STRAWN LLP
101 California Street, 35th Floor

18 | San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 491-1400

19

20 | *Attorneys for Defendants ALPHATEC HOLDINGS, INC.*

21 | *AND ALPHATEC SPINE, INC.*

22

23

24

25

26

27

28

JOINT MOTION TO DISMISS, RETAINING                    18-cv-00347-CAB-MDD
JURISDICTION OVER SETTLEMENT

Plaintiff NuVasive, Inc. ("NuVasive" or "Plaintiff") and Defendants Alphatec Holdings, Inc. and Alphatec Spine, Inc. ("Alphatec" or "Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly move as follows:

WHEREAS, the Parties resolved the matters in dispute in the above referenced action and executed a settlement agreement ("Settlement Agreement");

WHEREAS, the Parties consent to the jurisdiction of Magistrate Judge Mitchell D. Dembin or, in the event he is no longer assigned to this case, any Judge or Magistrate Judge of the District Court to whom this case is reassigned ("Court") until September 30, 2024 for all purposes necessary for the Court to enforce the terms of the Settlement Agreement;

WHEREAS, the Settlement Agreement requires that the parties file with the Court a joint motion and proposed order to dismiss the action, subject only to the Court retaining jurisdiction to enforce the Settlement Agreement;

THEREFORE, THE PARTIES HERETO JOINTLY STIPULATE AND MOVE AS FOLLOWS:

The Parties respectfully request consideration and approval of entry of the proposed Consent Order filed herewith, which provides:

1.  All claims and counterclaims shall be dismissed with prejudice;
2.  The jury verdict shall be vacated;
3.  The Court shall retain jurisdiction over the Parties to enforce the terms of the Settlement Agreement as needed until September 30, 2024; and
4.  All dates scheduled in this action shall be vacated.

**IT IS SO STIPULATED AND JOINTLY MOVED**

1                                       Respectfully submitted,

2    Dated: June 7, 2022            **WILSON SONSINI GOODRICH & ROSATI**

3                                  By:  */s/ Wendy L. Devine*

4                                    Wendy L. Devine

5                                    wdevine@wsgr.com

6                                    One Market Plaza

                                    Spear Tower, Suite 3300

7                                    San Francisco, California 94105-1126

8                                    (415) 947-2000

9                                  *Attorneys for Plaintiff NuVasive, Inc.*

10   Dated: June 7, 2022            **WINSTON & STRAWN LLP**

11

12                                By:  */s/ Brian J. Nisbet*

13                                    BRIAN J. NISBET *(pro hac vice)*

                                    bnisbet@winston.com

14                                    35 West Wacker Drive

15                                    Chicago, IL 60601-9703

                                    Telephone: (312) 558-5600

16

17                                  *Attorneys for Defendants Alphatec Holdings,*

18                                  *Inc. and Alphatec Spine, Inc.*

19

20

21

22

23

24

25

26

27

28

1

## SIGNATURE ATTESTATION

I, Wendy L. Devine, hereby attest that I obtained the concurrence of Brian Nisbet in filing this document.  I declare under penalty of laws of the United States that the foregoing is true and correct.

Executed this 7th day of June at San Francisco, California.


**WILSON SONSINI GOODRICH & ROSATI**

By:  _/s/ Wendy L. Devine_____
       Wendy L. Devine
       wdevine@wsgr.com
       One Market Plaza
       Spear Tower, Suite 3300
       San Francisco, California 94105-1126
       (415) 947-2000

*Attorneys for Plaintiff NuVasive, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 7th day of June 2022 at San Diego, California.

By: */ s/ Arlene Apodaca*
ARLENE APODACA