UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| NUVASIVE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHATEC HOLDINGS, INC., a Delaware corporation, and ALPHATEC SPINE, INC., a California corporation,<br><br>　　　　Defendants. | CASE NO.: 18-cv-00347-CAB-MDD<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [Doc. No. 431]** |

On June 7, 2022 the parties filed a joint motion to dismiss, and requested the court retain jurisdiction over settlement. Therefore, the following order is entered:

1. All claims and counterclaims are dismissed with prejudice;
2. The jury verdict is vacated;
3. Magistrate Judge Mitchell D. Dembin or, in the event that he is no longer assigned to this case, any Judge or Magistrate Judge of the District Court to whom this case is reassigned, will retain jurisdiction over the Parties to enforce the terms of the Settlement Agreement as needed until September 30, 2024; and
4. All dates scheduled in this action are vacated.

**IT IS SO ORDERED.**

Dated: June 9, 2022

Hon. Cathy Ann Bencivengo
United States District Judge